# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **HOUSTON SPECIALTY INSURANCE COMPANY, as subrogee for MARQUIS MEDICAL, LLC** | **CIVIL ACTION** |
| **VERSUS** | |
| **FREIGHTZ TRANSPORTATION, INC., ET AL.** | **NO.: 14-00576-BAJ-SCR** |

## SUA SPONTE ORDER SETTING ORAL ARGUMENT

Before the Court is the **Motion to Transfer Pursuant to 28 U.S.C. § 1404(a) (Doc. 21)** filed by Defendant Freightz Transportation, Inc. ("Freightz"). Finding that the briefings submitted do not contain sufficient facts or arguments regarding the issue of whether the claims of Plaintiff Houston Specialty Insurance Company against Freightz should be severed from the claims against other Defendants, the Court hereby *sua sponte* orders oral argument to sharpen the issue and assist in a just determination.

Accordingly,

**IT IS ORDERED** that oral argument on the Motion to Transfer (Doc. 21) is **SET** for **Thursday, July 16, 2015 at 2:00 p.m.** in Courtroom 2. Argument shall be strictly limited to the issue of severance—whether the claims against Defendants YRC Worldwide, Inc., Clinical Health Systems, Inc., and unknown insurance companies should be severed from the claims against Freightz in the Court's forthcoming ruling on Freightz's motion to transfer. Counsel is advised to come

prepared to address the relevance of *Bridas S.A.P.I.C. v. Gov't of Turkmenistan*, 345 F.3d 347 (5th Cir. 2003) and whether principles of contract or agency law should be called upon to bind a nonsignatory to the underlying agreement. No briefings shall be accepted in advance of oral argument.

**IT IS FURTHER ORDERED** that, at oral argument, Plaintiff's counsel must be prepared to discuss efforts to serve Defendant Clinical Health Systems, Inc. with the amended complaint in this matter, pursuant to the telephone scheduling conference held on January 29, 2015 before the Magistrate Judge. (*See* Doc. 10).

Baton Rouge, Louisiana, this 22nd day of June, 2015.

**BRIAN A. JACKSON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**